NUMBER 13-06-277-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


________________________________________________________


JESUS RODRIGUEZ MEDELLIN, Appellant,


v.



THE STATE OF TEXAS, Appellee.

__________________________ _____________________________


On appeal from the 107th District Court 


of Cameron County, Texas.


________________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Rodriguez, and Garza


Memorandum Opinion Per Curiam



 Appellant, JESUS RODRIGUEZ MEDELLIN, perfected an appeal from a judgment
entered by the 107th District Court of Cameron County, Texas, in cause number
2006-CR-194-A. On July 20, 2006, this cause was abated, and the trial court was
directed to conduct a hearing in accordance with Tex. R. App. P. 38.8(b)(2). The trial
court's findings and recommendations were received on August 28, 2006. The trial
court found that the appellant does not wish to prosecute his appeal.

 The Court, having considered the documents on file and the trial court's findings
and recommendations, is of the opinion that the appeal should be dismissed. The
appeal is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).


Memorandum Opinion delivered and filed this

the 9th day of November, 2006.